

# NUMBER 13-18-00384-CR

# COURT OF APPEALS

# THIRTEENTH DISTRICT OF TEXAS

# CORPUS CHRISTI – EDINBURG

LANCE TAYLOR,                                                          Appellant,

v.

THE STATE OF TEXAS,                                                   Appellee.

## On appeal from the 28th District Court
of Nueces County, Texas.

# ORDER RESETTING SHOW CAUSE HEARING

### Before Chief Justice Contreras and Justices Longoria and Tijerina
Order Per Curiam

This cause is before the Court upon its own motion. On June 1, 2022, trial court reporter, Ms. Rebecca Rendon, requested an extension until June 14, 2022 to file the final, remaining portions of the reporter's record. The Court granted that request.

Appellant's counsel is reminded and admonished that, pursuant to past orders as well as standard appellate timelines, all portions of the clerk's record and reporter's record

which have not yet been received by this Court and appellant's counsel should have been specifically identified and requested from the trial court clerk, the court reporter, and the Court.

**In accordance with our past orders, and due to the extension of time afforded to the court reporter, the show-cause hearing currently set for June 7, 2022, is now reset, as follows: If the Honorable Diamond De Leon fails to file the appellate brief with this Court <u>on or before 5:00 p.m. on June 16, 2022</u>, then the Honorable Diamond De Leon is ORDERED to appear in person on June 17, 2022 at 10:00 a.m. in the courtroom of the Thirteenth Court of Appeals, located at 901 Leopard Street, 10th Floor in Corpus Christi, Texas, to show cause why he should not be held in contempt of court.**

PER CURIAM

Do not publish.
TEX. R. APP. P. 47.2(b).

Delivered and filed on the
2nd day of June, 2022.